William L. MAXWELL, Appellant,

v.

STATE v. Missouri, Respondent.

Missouri Court of Appeals, Eastern District, Division One.

July 28, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 30, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., St. Louis, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, William L. Maxwell, appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion without an evidentiary hearing after he pled guilty to delivery of controlled substance, RSMo section 195.211 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose,

we affirm the judgment pursuant to Rule 84.16(b).